```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      Case No. 07-50080

CALVIN TURNER                                               DEFENDANT

### O R D E R

NOW on this 15th day of January, 2008 comes on for consideration the Government's **Motion to Withdraw Information** (Document #9). The Court, being well and sufficiently advised finds that the motion is granted and that the case is dismissed.

**IT IS SO ORDERED.**

<u>/s/ Jimm Larry Hendren</u>
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**